# Notice Recipients

District/Off: 0207−8  User: admin  Date Created: 12/28/2023
Case: 8−23−73988−reg  Form ID: 178  Total: 28

**Recipients of Notice of Electronic Filing:**
tr   Marc A. Pergament   mpergament@wgplaw.com
aty  Darren Aronow       darren@dalawpc.com
aty  Marc A. Pergament   mpergament@wgplaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Courtlin Fields      725 Miller Avenue #217      Freeport, NY 11520
smg       NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg       NYS Unemployment Insurance     Attn: Isolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg       NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201−3719
smg       United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza     Central Islip, NY 11722−4437
10258988  AAFES     Attn: Bankruptcy     Po Box 650060     Dallas, TX 75265
10258989  American Honda Finance     Attn: Bankruptcy     Po Box 168088     Irving, TX 75016
10258990  Amex     Correspondence/Bankruptcy     Po Box 981540     El Paso, TX 79998
10258991  Capital One     Attn: Bankruptcy     Po Box 30285     Salt Lake City, UT 84130
10258992  Dept Of Education/neln     Po Box 82561     Lincoln, NE 68501
10258993  Discover Financial     Attn: Bankruptcy     Po Box 3025     New Albany, OH 43054
10258994  FreedomPlus     Attn: Bankruptcy     Po Box 2340     Phoenix, AZ 85002
10258995  Greschin, Ziegler & Amic.     199 East Main Street     suite 2     Smithtown, NY 11787
10258996  Gtech Restoration Inc     230 Knickebocker Ave     Suite #E     Bohemia, NY 11716
10258997  Honda Lease Trust     201 Little Falls Drive     Wilmington, DE 19808
10258998  IRS     PO BOX 7346     Philadelphia, PA 19101
10258999  Jay L. Yackow     355 Post Avenue, Suite 20     Westbury, NY 11590−2265
10259000  LoanDepot     Attn: Bankruptcy     26642 Towne Center     Foothill Ranch, CA 92610
10259001  Nassau County Supreme Ct     100 Supreme Court Drive     Mineola, NY 11501
10259002  Navy FCU     Attn: Bankruptcy     Po Box 3000     Merrifield, VA 22119
10259003  Santander Consumer Usa     Attn: Bankruptcy     Po Box 961211     Fort Worth, TX 76161
10259004  Total Community Managemen     2375 Bedford Avenue     Bellmore, NY 11710
10259005  USAA Federal Savings Bank     Attn: Bankruptcy     9800 Fredricksburg Rd     San Antonio, TX 78288
10261207  loanDepot.com, LLC     5465 Legacy Dr. Suite 400     Plano, TX 75024
10261282  loanDepot.com, LLC     c/o Davidson Fink LLP     Molly L. Chapman, Esq.     400 Meridian Centre Blvd     Ste 200     Rochester, NY 14618

TOTAL: 25