| | |
|---|---|
| In re: | Case No. 23-73988-reg |
| Courtlin Fields | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 28, 2023 | Form ID: 178 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtlin Fields, 725 Miller Avenue #217, Freeport, NY 11520-6353 |
| 10258995 | + | Greschin, Ziegler & Amic., 199 East Main Street, suite 2, Smithtown, NY 11787-2899 |
| 10258996 | + | Gtech Restoration Inc, 230 Knickebocker Ave, Suite #E, Bohemia, NY 11716-3140 |
| 10258999 | | Jay L. Yackow, 355 Post Avenue, Suite 20, Westbury, NY 11590-2265 |
| 10259001 | + | Nassau County Supreme Ct, 100 Supreme Court Drive, Mineola, NY 11501-4802 |
| 10259004 | + | Total Community Managemen, 2375 Bedford Avenue, Bellmore, NY 11710-3688 |
| 10261282 | + | loanDepot.com, LLC, c/o Davidson Fink LLP, Molly L. Chapman, Esq., 400 Meridian Centre Blvd, Ste 200 Rochester, NY 14618-3983 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 28 2023 18:18:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 28 2023 18:18:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 28 2023 18:18:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Dec 28 2023 18:18:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10258988 | + | EDI: AAFES | Dec 28 2023 23:13:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 10258989 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 28 2023 18:18:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 10258990 | + | Email/PDF: bncnotices@becket-lee.com | Dec 28 2023 18:22:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 10258991 | + | EDI: CAPITALONE.COM | Dec 28 2023 23:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 10258992 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2023 18:18:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 10258993 | + | EDI: DISCOVER | Dec 28 2023 23:13:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 10258994 | + | Email/Text: bk@freedomfinancialnetwork.com | Dec 28 2023 18:18:00 | FreedomPlus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002-2340 |
| 10258998 | + | EDI: IRS.COM | Dec 28 2023 23:13:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 10259000 | + | Email/Text: bknotification@loandepot.com | Dec 28 2023 18:18:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Center, Foothill Ranch, CA 92610-2808 |
| 10259002 | + | EDI: NFCU.COM | Dec 28 2023 23:13:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 10259003 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2023 18:18:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 10259005 | + | EDI: USAA.COM | Dec 28 2023 23:13:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 10261207 | + | Email/Text: bknotification@loandepot.com | Dec 28 2023 18:18:00 | loanDepot.com, LLC, 5465 Legacy Dr. Suite 400, Plano, TX 75024-3192 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 10258997 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Lease Trust, 201 Little Falls Drive, Wilmington, DE 19808 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Darren Aronow | on behalf of Debtor Courtlin Fields darren@dalawpc.com r56287@notify.bestcase.com,1182942420@filings.docketbird.com,jessica.m@aronowlaw.com |
| Marc A. Pergament | on behalf of Trustee Marc A. Pergament mpergament@wgplaw.com  n167@ecfcbis.com |
| Marc A. Pergament | mpergament@wgplaw.com  n167@ecfcbis.com |
| Molly Chapman | on behalf of Creditor loanDepot.com  LLC mchapman@davidsonfink.com, caugino@davidsonfink.com;spwilliams@davidsonfink.com;knicholson@davidsonfink.com;jpaulino@davidsonfink.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Courtlin Fields**<br>First Name　Middle Name　Last Name | Social Security number or ITIN: xxx–xx–8760<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name　Middle Name　Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7　10/25/23 |
| Case number: | 8–23–73988–reg | |

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
290 Federal Plaza
Central Islip, NY 11722

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before March 27, 2024** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive and mail it to the address stated above.

Dated: December 28, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 02/01/17]